CLARA B. MYERS, Appellant, *v.* MARY J. HOBSON, Individually and as Administratrix of the Estate of GEORGE H. MYERS, Deceased, et al., Respondents.

*Myers* v. *Hobson*, 86 App. Div. 629, affirmed:
(Argued October 24, 1905; decided November 21, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 7, 1903, reversing a judgment in favor of plaintiff entered upon

a decision of the court on trial at Special Term and granting a new trial.

*Walter H. Knapp* for appellant.

*George L. Bachman* for respondents.

Order affirmed and judgment absolute ordered for defendants on the stipulation, with costs; no opinion.

Concur: BARTLETT, HAIGHT, VANN and WERNER, JJ. Dissenting: CULLEN, Ch. J., and GRAY, J. Absent: O'BRIEN, J.